[No. 6622–0–II.   Division Two.   September 26, 1984.]

INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, LOCAL 17, AFL–CIO, *Appellant*, v. THE DEPARTMENT OF PERSONNEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–01393–6, Gerry L. Alexander, J.,

entered September 22, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.